77769

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
COACH SERVICES, INC.,                 :          Civil Action No. 07-cv-08354 (RPP)
                                      :
          Plaintiff,                  :
                                      :
          v.                          :          RULE 7.1 STATEMENT
                                      :
VANI U.S.A. INC.,                     :
LA VANI INC., GUANGZHOU HUANI         :
CO. LTD. and GUANGZHOU                :
WEINI LEATHER CO. LTD.,               :
                                      :
          Defendants.                 :
---------------------------------------------------------X

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and

magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for a private, non-governmental corporate party certifies that there are no corporate

parents, subsidiaries or affiliates of that party which are publicly held, except Coach, Inc.

         COOPER & DUNHAM LLP


Date:   September 25, 2007          By:  /Norman H. Zivin/
                                       Norman H. Zivin (NZ-6053)
                                       Tonia A. Sayour (TS-7208)
                                       1185 Avenue of the Americas
                                       New York, New York 10036
                                       Telephone: (212) 278-0400
                                       Attorneys for Plaintiff