JUDGE PATTERSON

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

COACH SERVICES, INC.,

**SUMMONS IN A CIVIL ACTION**

V.

VANI U.S.A. INC., LA VANI INC., GUANGZHOU HUANI CO. LTD and GUANGZHOU WEINI LEATHER CO. LTD



07 CIV 8354

TO: (Name and address of Defendant)

VANI U.S.A. INC.
130 W. 30TH STREET
NEW YORK, NY 10001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

NORMAN H. ZIVIN
TONIA A. SAYOUR
COOPER & DUNHAM, LLP
1185 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

SEP 2 5 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 9/28/2007 |
| NAME OF SERVER *(PRINT)* Peter Valdez | TITLE Mail Room Employee |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
  130 West 30th Street New York, NY 10001 served on Christine Li, Agent for defendant Vani U.S.A. Inc.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
  Mail copy by first-class mail, postage prepaid on 9/28/07 to Vani U.S.A. Inc. 130 W 30th St. NY NY 10001

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/4/2007
             Date              *Signature of Server*

**Cooper & Dunham, LLP**
1185 Avenue of the Americas, NY NY 10036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.