UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
BEFORE: THE HONORABLE ROBERT P. PATTERSON, JR., JUDGE

| | |
|---|---|
| COACH SERVICES, INC., | |
| Plaintiff, | Civil Action |
| v. | Court No. 07-CIV-8354 (RPP) |
| VANI U.S.A. INC., LA VANI INC., GUANGZHOU HUANI CO. LTD. and GUANGZHOU WEINI LEATHER CO. LTD., | |
| Defendants. | |

**Rule 7.1 Statement**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants, all of whom are private, non-governmental corporate parties, certify that there are no corporate parents, subsidiaries, or affiliates of these parties which are publicly held.

                                                Grunfeld Desiderio Lebowitz
                                                Silverman & Klestadt, LLP

                                          By:  s/ Frances P. Hadfield (FH-5446)
                                                  Max F. Schutzman (MS-9148)
                                                  399 Park Ave, 25th Floor
                                                  New York, New York 10022
                                                  Tel. (212) 557-4000

                                                Attorneys for Defendant

Date:  New York, New York
        October 16, 2007

Electronically Filed