**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*Coach Services, Inc.*
                    **Plaintiff(s)**

                    -against-

*Vari USA, Inc.*

_____ **Defendant(s)** _____

**PATTERSON, D.J.**

07 CV 8354 (RPP)

**SCHEDULING ORDER**

1. This action is referred to Magistrate Judge _Francis_ for _settlement_ after ~~a case management conference.~~ January 1, 2008.

2. This action is referred for mediation: _____ Yes _____ No.

3. Amend the pleadings by ___12/14/07___.

4. Medical Authorizations by _____.

5. Rule 26 compliance by _____.

6. Experts' reports to be served by _____.

7. Experts' depositions to be completed by _____.

8. All discovery to be completed by ___2/29/08___.

9. Dispositive motions by ___3/21/08___, Answer by ___4/11/08___, Reply by ___4/18/08___.

10. Pretrial order to be filed ~~by~~ _after 4/18/08_.

11. Settlement conference with parties & counsel to be held on _____ at _____.

12. Pretrial conference is scheduled for _____ at _____.

13. Trial date is scheduled for _____ at _____.

14. Rule 26 disclosure by 12/7/07.

Dated: New York, New York

    11/14/07

SO ORDERED.

_[signature]_

**ROBERT P. PATTERSON, JR.**
**U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/07