

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X
COACH SERVICES, INC.,                :      Civil Action No. 07-cv-08354 (RPP)
                                     :
                Plaintiff,           :
                                     :
        v.                           :
                                     :
VANI U.S.A. INC.,                    :
LA VANI INC., GUANGZHOU HUANI        :
CO. LTD. and GUANGZHOU               :
WEINI LEATHER CO. LTD.,              :
                                     :
                Defendants.          :
------------------------------------------------X

### [~~PROPOSED~~] REVISED SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Coach Services, Inc., and Defendants Vani U.S.A. Inc., La Vani Inc., Guangzhou Huani Co. Ltd., and Guangzhou Weini Leather Co. Ltd., that the following scheduling dates, as set forth in the Court's November 14, 2007 Scheduling Order, shall be extended by three-months as follows:

All discovery to be completed by: May 29, 2008

Dispositive motions by June 20, 2008, Answer by July 11, 2008, reply by July 18, 2008.
Pretrial Order to be filed after July 25, 2008.

SO ORDERED this 18th day of January, 2008

_Robert P. Patterson_
ROBERT P. PATTERSON
United States District Judge

Respectfully submitted,

COOPER & DUNHAM LLP

Date: January 17, 2008

By: _____
Norman H. Zivin (NZ-6053)
Tonia A. Sayour (TS-7208)
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 278-0400
Attorneys for Plaintiff

GRUNFELD, DESIDERIO, LEBOWITZ,
SILVERMAN & KLESTADT, LLP

Date: January 4, 2008

By: _____
Max F. Schutzman
Frances Pierson Hadfield (FH-5446)
399 Park Avenue
25th Floor
New York, New York 10022
Telephone: (212) 973-7723
Attorney for Defendants