UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
COACH SERVICES, INC.,                         :        Civil Action No. 07-cv-08354 (RPP)
                                              :
          Plaintiff,                          :
                                              :
     v.                                       :
                                              :
VANI U.S.A. INC.,                             :
LA VANI INC., GUANGZHOU HUANI                 :
CO. LTD. and GUANGZHOU                        :
WEINI LEATHER CO. LTD.,                       :
                                              :
          Defendants.                         :
---------------------------------------------------------X

**PLAINTIFF'S RESPONSE TO MOTION TO WITHDRAW FROM REPRESENTATION OF DEFENDANTS GUANGZHOU HUANI CO. LTD. AND GUANGZHOU WEINI LEATHER CO LTD.**

Plaintiff has no objection to the motion by Grunfeld Desiderio Lebowitz Siliverman & Klestadt, LLP to withdraw as counsel for defendants Guangzhou Huani Co. Ltd. and Guangzhou Weini Leather Co. Ltd. ("The Guangzhou Defendants"). However, it is requested that substitute counsel appear for The Guangzhou Defendants before the motion is granted in order to avoid any delay in the proceedings.

                                        Respectfully submitted,

                                        COOPER & DUNHAM LLP

Date: January 31, 2008                  /S Norman H. Zivin/
                                        Norman H. Zivin (NZ-6053)
                                        Tonia A. Sayour (TS-7208)
                                        1185 Avenue of the Americas
                                        New York, New York 10036
                                        Telephone: (212) 278-0400

                                        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2008, the foregoing **PLAINTIFF'S RESPONSE TO MOTION TO WITHDRAW FROM REPRESENTATION OF DEFENDANTS GUANGZHOU HUANI CO. LTD. AND GUANGZHOU WEINI LEATHER CO LTD.** was filed using the CM/ECF system. Notice of this filing will be sent to the following counsel of record for the interested parties by operation of the Court's electronic filing system and by first class mail:

> Max F. Schutzman, Esq.
> Frances P. Hadfield, Esq.
> GRUNFELD, DESIDERIO, LEBOWITZ,
> SILVERMAN & KLESTADT, LLP 399 Park Avenue
> 25th Floor
> New York, New York 10022
>
> Attorneys for Defendants

/s Norman H. Zivin_____
Norman H. Zivin