# COOPER & DUNHAM LLP
## ATTORNEYS AT LAW
1185 AVENUE OF THE AMERICAS, NEW YORK, NEW YORK 10036
TELEPHONE: (212) 278-0400

CHRISTOPHER C. DUNHAM  IVAN S. KAVRUKOV
NORMAN H. ZIVIN  PETER D. MURRAY
JOHN P. WHITE  WILLIAM E. PELTON
ROBERT B.G. HOROWITZ  ROBERT D. KATZ
ERIC D. KIRSCH  PAUL TENG
GARY J. GERSHIK  PETER J. PHILLIPS
WENDY E. MILLER  RICHARD S. MILNER
ROBERT T. MALDONADO  RICHARD F. JAWORSKI
MARIA V. MARUCCI  AUDE GERSPACHER
JEFFREY C. SHIEH  BRIAN J. AMOS
TONIA A. SAYOUR  GREGORY J. CARBO
ASHOK G. CHANDRA*  JOSEPH A. SHERINSKY*
LISA E. HORWITZ*  HINDY R. DYM*

*NEW YORK STATE BAR ADMISSION PENDING

FACSIMILE: (212) 391-0525
(212) 391-0526
(212) 391-0630
(212) 391-0631
(212) 827-0247

SCIENTIFIC ADVISOR
JAMES R. MAJOR, D. PHIL
AMANDA L. WILLIS, PH.D.

FOUNDED 1887
www.cooperdunham.com

April 16, 2008

**BY ECF**
Honorable Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2250
New York, New York 10007

    Re:  Coach Services, Inc. v. Vani U.S.A. Inc.
          Civil Action No. 07-Civ-08354 (RPP)
          Our Docket No. 7162/77769

Dear Judge Patterson:

    Plaintiff, COACH SERVICES, INC. ("Coach"), hereby requests a pre-motion conference to discuss an order, pursuant to Rule 37 F.R.Civ.P., compelling defendants GUANGZHOU WEINI LEATHER CO. LTD. ("Weini") and GUANGZHOU HUANI CO. LTD. ("Huani") to answer Coach's first request for production of documents and things, served December 21, 2007, and to produce the documents and things requested therein. A copy of the request, which was addressed to all defendants, is attached as Exhibit A.

    On March 14, 2008, defendants VANI USA, INC. ("Vani") and L.A. VANI, INC. ("LA Vani") responded to Coach's document requests. However, as shown by the response, a copy of which is attached as Exhibit B, defendants Weini and Huani did not respond. Defendants' counsel stated that:

> "Defendants Guangzhou Huani and Guangzhou Weini have not responded to our attempts to contact them since they terminated their relationship with us. Accordingly, we are only able to reference materials that they had previously provided to us, which were already produced to Plaintiff in Defendants' initial disclosure." (pp. 1-2)

Honorable Robert P. Patterson
April 16, 2008
Page 2

  Coach's undersigned counsel communicated with defendants' counsel by letter of March 20, 2008 (attached as Exhibit C), and by subsequent telephone conferences and email and at a personal conference on April 14, 2008, but no responses have been received, and defendants' counsel does not expect that they will receive further information or documents from Weini or Huani.

  Therefore, it is respectfully requested that the Court hold a conference or otherwise issue an order that defendants Huani and Weini respond to discovery forthwith, and for such other and further relief as the Court deems just and proper.

         Respectfully,

         /s/ Norman H. Zivin

         Norman H. Zivin (NZ-6053)
         Attorney for Plaintiff

NHZ/ef
Enclosures

cc: Frances P. Hadfield, Esq. (by ECF)