# EXHIBIT C

## COOPER & DUNHAM LLP
### ATTORNEYS AT LAW

1185 AVENUE OF THE AMERICAS, NEW YORK, NEW YORK 10036
TELEPHONE: (212) 278-0400

| | | |
|---|---|---|
| CHRISTOPHER C. DUNHAM | IVAN S. KAVRUKOV | FACSIMILE: (212) 391-0525 |
| NORMAN H. ZIVIN | PETER D. MURRAY | (212) 391-0526 |
| JOHN P. WHITE | WILLIAM E. PELTON | (212) 391-0630 |
| ROBERT B.G. HOROWITZ | ROBERT D. KATZ | (212) 391-0631 |
| ERIC D. KIRSCH | PAUL TENG | (212) 827-0247 |
| GARY J. GERSHIK | PETER J. PHILLIPS | |
| WENDY E. MILLER | RICHARD S. MILNER | SCIENTIFIC ADVISOR |
| ROBERT T. MALDONADO | RICHARD F. JAWORSKI | JAMES R. MAJOR, D. PHIL. |
| MARIA V. MARUCCI | AUDE GERSPACHER | AMANDA L. WILLIS, PH.D. |
| JEFFREY C. SHIEH | BRIAN J. AMOS | |
| TONIA A. SAYOUR | GREGORY J. CARBO | FOUNDED 1887 |
| ASHOK G. CHANDRA* | JOSEPH A. SHERINSKY* | www.cooperdunham.com |
| LISA E. HORWITZ* | HINDY R. DYM* | |

*NEW YORK STATE BAR ADMISSION PENDING

March 20, 2008

**BY FACSIMILE**

Frances P. Hadfield, Esq.
Grunfeld, Desiderio, Lebowitz,
Silverman & Klestadt, LLP
399 Park Avenue – 25th Floor
New York, New York 10022

      Re:    Coach Services, Inc. v. Vani U.S.A., Inc. et al.
              Civil Action No. 07-CV-8354 (RPP-JCF)
              Docket No. 7162/77769

Dear Ms. Hadfield:

      We have received Defendant's Response To Plaintiff's Document Requests dated March 14, 2008. We understand that Defendants' Guangzhou Huani Co. Ltd.("Huani") and Guangzhou Weini Leather Co. Ltd. ("Weini") have terminated their relationship with your firm. However, pursuant to the Court's February 6, 2008 Order, you are still counsel of record until Huani and Weini retain new counsel in this action.

      We note that you did not respond on behalf of Huani and Weini to Plaintiff's document requests. With the discovery deadline of May 29, 2008 rapidly approaching, please confirm whether Huani and Weini will respond to our discovery requests. Otherwise we will file a motion to compel and then seek sanctions from the Court, including an entry of default judgment for failure to comply with discovery.

Sincerely,

Norman H. Zivin