# GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP
## COUNSELORS AT LAW
### 399 PARK AVENUE
### 25TH FLOOR
### NEW YORK, NEW YORK 10022-4877
### TEL (212) 557-4000

OFFICES:
NEW YORK • BOSTON
LOS ANGELES • WASHINGTON, D.C.
HONG KONG
AFFILIATED OFFICES:
SHANGHAI • BEIJING

FAX (212) 557-4415
www.gdlsk.com

WRITER'S DIRECT DIAL NUMBER
212-973-7755
fhadfield@gdlsk.com

**MEMO ENDORSED**

May 13, 2008

<u>VIA FACSIMILE 212-805-7917</u>
Honorable Robert P. Patterson
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2550
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08

Re:   Coach Services Inc. v. Vani USA Inc.
      Civil Action 07-cv-08354 (RPP)
      Our Reference: 08-10396-0490001

Dear Judge Patterson:

On May 13, 2008, we received the court's order scheduling a conference for May 16, 2008 at 9:30 a.m. The order indicated that Defendants Weini and Huani and counsel are to attend. Unfortunately, both counsel for the Defendants will be out of state on that date. Accordingly, counsel respectfully requests that the conference be postponed until May 19, 2008 at 9:30am or some other date and time agreeable to the court.

Respectfully,

GRUNFELD, DESIDERIO, LEBOWITZ,
SILVERMAN & KLESTADT LLP

Frances P. Hadfield, Esq. (FH 5446)

Cc: Norman H. Zivin, Esq.
Counsel for Plaintiff Coach
Via Facsimile

*Application granted*
*So ordered*
Robert P. Patterson
USDJ
5/14/08