# COOPER & DUNHAM LLP
## ATTORNEYS AT LAW
1185 AVENUE OF THE AMERICAS, NEW YORK, NEW YORK 10036
TELEPHONE: (212) 278-0400

IVAN S. KAVRUKOV
PETER D. MURRAY
WILLIAM E. PELTON
ROBERT D. KATZ
PAUL TENG
WENDY E. MILLER
PETER J. PHILLIPS
RICHARD F. JAWORSKI
BRIAN J. AMOS
GREGORY J. CARBO
MICHAEL LIN*
JENNIFER PAK

NORMAN H. ZIVIN
JOHN P. WHITE
ROBERT B.G. HOROWITZ
ERIC O. KIRSCH
GARY J. GERSHIK
ROBERT T. MALDONADO
RICHARD S. MILNER
AUDE GERSPACHER
TONIA A. SAYOUR
HINDY R. DYM
LETITIA A. DEGRASSE*

*NEW YORK STATE BAR ADMISSION PENDING

May 23, 2008

FACSIMILE: (212) 391-0525
(212) 391-0526
(212) 391-0630
(212) 391-0631
(212) 827-0247

OF COUNSEL
CHRISTOPHER C. DUNHAM

SCIENTIFIC ADVISOR
JAMES R. MAJOR, D. PHIL
PAMELA J. SAVAGE, Ph D
JACK ROSA, Ph.D.

REGISTERED PATENT AGENT
ANDREW CHUNG B.E.

FOUNDED 1887
www.cooperdunham.com


MAY 23 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

**BY FAX**
Honorable Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2250
New York, New York 10007

# MEMO ENDORSED

Re: Coach Services, Inc. v. Vani U.S.A. Inc.
    Civil Action No. 07-Civ-08354 (RPP)
    Our Docket No. 7162/77769

Dear Judge Patterson:

By a Scheduling Order dated January 18, 2008, your Honor has set a discovery completion date of May 29, 2008. However, due to discovery disputes and deposition scheduling problems, the parties have been unable to complete discovery.

Counsel for the parties have agreed that a 30-day extension of time to complete discovery should be sufficient, and we request such an extension.

If the Court approves, the following schedule will be in effect:

Discovery completion date:         June 30, 2008
Dispositive motions by             July 21, 2008
    answers by                     August 11, 2008
    and replies by                 August 18, 2008
Pretrial order to be filed after   August 22, 2008

Trial 9/8/08 @ 9:30 AM.

So ordered
Robert P Patterson USDJ
5/23/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08

Honorable Robert P. Patterson
May 23, 2008
Page 2

It is respectfully requested that the request be granted.

Respectfully,

Norman H. Zivin (NZ-6053)
Attorney for Plaintiff

NHZ/ef

cc: Frances P. Hadfield, Esq. (by fax)
    Attorney for Defendants