# Exhibit 1

Coach Services, Inc. v. Vani USA, Inc. et al
   Attorneys' fees in connection with attempts
   to obtain responses to discovery requests

| Date | Atty | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-20-08 | NHZ | correspondence with opposing attorney; | 0.4 | 575.00 | 230.00 |
| 03-26-08 | TAS | Telephone conference with opposing counsel regarding discovery. | 0.1 | 330.00 | 33.00 |
| 03-27-08 | NHZ | Correspondence with opposing attorney; | 0.1 | 575.00 | 57.50 |
| 03-27-08 | TAS | Email to opposing counsel regarding motion to compel. | 0.1 | 330.00 | 33.00 |
| 04-16-08 | NHZ | prepare motion to compel discovery; | 0.9 | 575.00 | 517.50 |
| 04-17-08 | NHZ | review Court order and consider further action; | 0.2 | 575.00 | 115.00 |
| 04-17-08 | TAS | reviewed Court's order; | 0.1 | 330.00 | 33.00 |
| 05-02-08 | NHZ | telephone conference and correspondence with opposing attorney; | 0.4 | 575.00 | 230.00 |
| 05-05-08 | NHZ | correspondence with Court re proposed sanctions; review evidence; | 0.6 | 575.00 | 345.00 |
| 05-06-08 | NHZ | revise and send letter to Court; | 0.2 | 575.00 | 115.00 |
| 05-13-08 | NHZ | review Court order re hearing; | 0.1 | 575.00 | 57.50 |
| 05-14-08 | NHZ | review Court order; correspondence re hearing; | 0.5 | 575.00 | 287.50 |
| 05-19-08 | NHZ | telephone conference with opposing attorney; prepare for and attend motion hearing at U.S. District Court; review Court notice; | 2.3 | 575.00 | 1,322.50 |
|  |  |  | 6.0 |  | 3,376.50 |

TOTAL FEES                                                          3,376.50