

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X
COAGH SERVICES, INC.,                    :       Civil Action No. 07-cv-08354 (RPP)
                                         :
                  Plaintiff,             :
                                         :
       v.                                :
                                         :
VANI U.S.A. INC.,                        :
LA VANI INC., GUANGZHOU HUANI            :
CO. LTD. and GUANGZHOU                   :
WEINI LEATHER CO. LTD.,                  :
                                         :
                  Defendants.            :
------------------------------------------------X

## [█████████] FINAL JUDGMENT AGAINST DEFENDANTS WEINI AND HUANI

Plaintiff, COACH SERVICES, INC. ("Coach"), having filed a Complaint, and defendants GUANGZHOU WEINI LEATHER CO. LTD. ("Weini") and GUANGZHOU HUANI CO. LTD ("Huani") each having been duly served with the Summons and Complaint, and defendants Weini and Huani having answered the Complaint through counsel, and defendants Weini and Huani having failed to comply with their discovery obligations and having disobeyed an order of the Court requiring them to answer Coach's discovery requests, and defendants Weini and Huani having lost interest in continuing the defense of this action, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1.      This Court has jurisdiction over the defendants Weini and Huani and the subject matter of this civil action and venue properly lies in this District.

2.      As between the parties, Coach is the owner of the Coach Marks (as shown in Exhibit 1) and defendants Weini and Huani have infringed Coach's rights in the Coach Marks, have diluted the distinctive of the Coach Marks and have unfairly competed with Coach.

1

3. Defendants Weini and Huani, and their officers, directors, servants, employees, and agents, and all those acting in concert and participation with them, are hereby permanently enjoined and restrained from importing, manufacturing, advertising, promoting, offering for sale, selling, purchasing, distributing, moving or transferring in commerce any leather and/or mixed material and/or imitation leather goods bearing the Coach Marks, namely the marks COACH, the Coach Signature C, the Coach Tag, the Coach Lozenge (as shown in Exhibit 1), or any confusingly similar marks, or any colorable imitations thereof (including the designs shown in Exhibit 2).

4. Defendants Weini and Huani, and their officers, directors, servants, employees, and agents, and all those acting in concert or participation with them, are hereby permanently enjoined and restrained from infringing the Coach Marks, from diluting the distinctiveness of the Coach Marks and from unfairly competing with Coach.

5. Nothing contained in this Final Judgment shall be construed as a Final Judgment against defendants VANI USA, INC. ("Vani") and LA VANI, INC. ("LA Vani").

6. ~~Defendants Weini and Huani shall pay to Coach the amount of $_____ for Coach's attorneys' fees and expenses~~ in seeking compliance with its discovery requests. *[handwritten: Den. No legal authority is cited by plaintiff. Defendants were not ordered to do so, and 5 points discovery Rule 37(a)]*

7. Defendants Weini and Huani shall pay to Coach its costs incurred in this action.

8. The Court retains jurisdiction to enforce compliance with this Final Judgment.

Dated: June 13, 2008
New York, NY

So Ordered:

/s/ Robert P. Patterson
Robert P. Patterson
U.S.D.J.
-2-

**EXHIBIT 1**

COACH 

 

# EXHIBIT 2









