# GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP

COUNSELORS AT LAW

399 PARK AVENUE
25TH FLOOR
NEW YORK, NEW YORK 10022-4877

TEL (212) 557-4000

OFFICES:
NEW YORK • BOSTON
LOS ANGELES • WASHINGTON, D.C.
HONG KONG
AFFILIATED OFFICES:
SHANGHAI • BEIJING

FAX (212) 557-4415
www.gdlsk.com

WRITER'S DIRECT DIAL NUMBER

212-973-7755
fhudfield@gdlsk.com

July 17, 2008

**VIA FACSIMILE (212) 805-7917**
Honorable Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   Coach, Inc. v. Vani USA, Inc. et al., Ct. No. 07-cv-8354
      Our Reference: 08-10396-0490001

Dear Judge Patterson:

We respectfully request that the current scheduling order of May 24, 2008, be extended. The parties are currently working toward resolving this case through mediation with Judge Francis. The reason for this request is that the owner of Vani USA, Mr. Chen, left for China for business on June 22, 2008, before we had received Coach's settlement offer on June 23, 2008. Unfortunately, Mr. Chen does not speak English and we are unable to communicate with him directly and must work through interpreters. Therefore, we have been unable to discuss Coach's latest settlement proposal with him. We have been informed by his manager, Ms. Zoe Teng, that he is expected to return from China on August 10, 1008. However, he has not been in contact with her since he left for China.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08
```

GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP

On July 16, 2008, I contacted Mr. Norman Zivin, counsel for Coach and he consented to a thirty (30) day extension of the scheduling order so that we could continue mediation with Judge Francis once Mr. Chen returns from China.

If the court approves, the following schedule will be in effect:

| | |
|---|---|
| Dispositive Motions due by: | August 22, 2008 |
| Responses due: | September 12, 2008 |
| Replies due: | September 19, 2008 |
| Pretrial Order to be filed: | September 22, 2008 |

Mr. Zivin has indicated that he will be available for trial after September 22, 2008, except for other already scheduled commitments on September 29-October 1, 2008, October 9 - 13, October 27, and the weeks of November 3rd through 7th and 10th through 14th, 2008.

If you have any questions or need to contact me directly, my direct dial is 212.973.7755.

Sincerely,

GRUNFELD, DESIDERIO, LEBOWITZ,
SILVERMAN & KLESTADT LLP

Frances P. Hadfield

cc: Mr. Norman Zivin, Esq.
Via Facsimile: 212.391.0525

392964_1

Application Granted
So Ordered
[signature] Platt
USDJ
7/18/08

2